ROCKLEN'S AUTO PARTS & SERVICE, INC. *v.*
STANLEY RAKIEC
(4142)

DUPONT, C. J., BORDEN and DALY, Js.

Argued February 18—decision released March 18, 1986

*Howard A. Lawrence,* for the appellant (defendant).

*Robert A. DeMarco,* with whom, on the brief, was *Geoffrey A. Hecht,* for the appellee (plaintiff).

PER CURIAM. Since the defendant failed to comply with the provisions of General Statutes § 52-212 and Practice Book § 377, the trial court was correct in refusing to grant the defendant's motion to open the judgment by default.

There is no error.